1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IRENE V. SMITH, | CASE NO. C12-5390 RJB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S FRCP 12 MOTION TO STRIKE DEFENDANTS' ANSWER TO COMPLAINT |
| v. | |
| VANCOUVER MALL III LLC, WESTFIELD AMERICA LIMITED PARTNERSHIP, | |
| Defendants. | |

This matter comes before the court on Plaintiff's FRCP 12 Motion to Strike Defendants'
Answer to Complaint. Dkt. 5. The court has considered the relevant documents and the
remainder of the file herein.

On May 2, 2012, plaintiff filed a complaint *pro se*, alleging claims for negligence,
premises liability, and strict liability. Dkt. 1. On June 29, 2012, defendants filed an answer,
admitting and denying certain allegations; and stating that they "lack sufficient information on
which to admit or deny" other allegations. Dkt. 4. In their answer, defendants assert two
affirmative defenses: failure to state a claim and lack of personal jurisdiction. Dkt. 4, at 3.

1   On July 19, 2012, plaintiff filed a six page motion to strike defendants' answer to the

2   complaint, contending that the answer is insufficient.  Plaintiff also claims that the affirmative

3   defenses "(1) do not satisfy the "[sic] fact pleading requirement, (2) are invalid and untenable as

4   a matter of law, and/or (3) are irrelevant and immaterial, serving only to needlessly confuse and

5   compound the issues in this matter; Defendants' answers have no bearing on the issues in this

6   matter and should be ordered stricken."  Dkt. 5, at 2.  The motion includes voluminous case

7   citations.  The motion is noted for August 3, 2012.

8   A response to this motion is unnecessary and would serve only to increase the cost of this

9   litigation.

10   Local Rule GR3 of the Rules of the U.S. District Court for the Western District of

11   Washington provides in relevant part as follows:

12   (d) An attorney or party who without just cause fails to comply with any of the Federal
    Rules of Civil or Criminal Procedure, or these rules, or orders to the court, or who

13   presents to the court unnecessary motions or unwarranted opposition to motions, or who
    fails to prepare for presentation to the court, or who otherwise so multiplies or obstructs

14   the proceedings in a case as to increase the cost thereof unreasonably and vexatiously,
    may, in addition to, or in lieu of the sanctions and penalties provided elsewhere in these

15   rules, be required by the court to satisfy personally such excess costs, and may be subject
    to such other sanctions as the court may deem appropriate.

16

17   The answer filed by defendants is adequate.  This motion is unnecessary and frivolous.

18   Plaintiff is advised that, if she files motions, requests, responses, or other unnecessary or

19   frivolous documents in the future that so multiply or obstruct the proceedings in this case as to

20   increase the cost of the proceedings unreasonably and vexatiously, the court may award

21   sanctions, including monetary sanctions, against her.

22   Accordingly, Plaintiff's FRCP 12 Motion to Strike Defendants' Answer to Complaint.

23   (Dkt. 5) is **DENIED**.

24

ORDER DENYING PLAINTIFF'S FRCP 12
MOTION TO STRIKE DEFENDANTS' ANSWER
TO COMPLAINT- 2

1

2

3       The Clerk is directed to send uncertified copies of this Order to all counsel of record and

4   to any party appearing *pro se* at said party's last known address.

5       Dated this 19th day of July, 2012.

6

7

8   ROBERT J. BRYAN
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING PLAINTIFF'S FRCP 12
MOTION TO STRIKE DEFENDANTS' ANSWER
TO COMPLAINT- 3